# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

| | | |
|---|---|---|
| **RE:** | § | **CASE NO. 11-70151-M-13** |
| | § | |
| **EVERARDO CASTELLANO** *(Deceased)* § | | |
| **MARIA A. CASTELLANO** | § | |
| *Debtor* | § | **CHAPTER 13** |

## NOTICE OF DEATH

Please be advised that Everardo Castellano, Debtor, died on October 2, 2015.

Respectfully submitted,
 STONE CURTIS PLLC

BY:    */s/ CATHERINE S. CURTIS*
CATHERINE S. CURTIS
Texas Bar No. 24074100
Federal ID No. 1129434
5414 N. 10th St
McAllen, TX 78504
(956) 630-2822
(956) 631-0742 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Death was served on the date that was filed electronically.   Service was accomplished by the method and to the following as indicated:

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

| **DEBTOR:** | **CHAPTER 13 TRUSTEE** | **U.S. TRUSTEE** |
|---|---|---|
| Maria A. Castellano | Cindy Boudloche | 606 N. Carancahua Ste 1107 |
| 2509 Elmira Ave. | 555 N. Carancahua, Ste 600 | Corpus Christi, TX 78476 |
| McAllen, TX 78503 | Corpus Christi, TX 78478 | |

and to all parties requesting notice.

Debtor(s):  **Everardo Castellano**          Case No:  **11-70151-M-13**          SOUTHERN DISTRICT OF TEXAS
            **Maria A. Castellano**          Chapter:  **13**                       MCALLEN DIVISION

Brice, Vander Linden & Wernick,
9441 LBJ Freeway, Suite 350
Dallas, TX 75243

GE Money Bank/Home Design
PO Box 981127
El Paso, TX 79998

Yamaha/GEMB
P.O. Box 6153
Rapid City, SD 57709


Chase
P.O. Box 15298
Wilmington, DE 19850

GEMB/Home Design-Floor
P.O. Box 960061
Orlando, FL 32896


Citifinancial
300 Saint Paul Place
Baltimore, MD 21202

GEMB/JCP
Attention:  Bankruptcy
P.O. Box 103104
Roswell, GA 30076


City of McAllen Tax Office
att: Martha Guel, Tax Assessor
311 N. 15th
P O Box 220
McAllen, TX 78505

Hidalgo County & Drainage Dist.
c/o John T. Banks
Perdue, Brandon, Fielder, Colli:
3301 Northland Drive, Ste. 505
Austin, TX 78731


Diane W. Sanders
Linebarger Goggan Blair & Samps
1949 South IH 35 (78741)
P.O. Box 17428
Austin, Texas 78760-7428

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197


DOCTOR'S HOSPITAL AT RENAISSANC:
5501 S. MCCOLL RD.
EDINBURG, TX 78539

HSBC CC
P.O. Box 829009
Dallas, TX 75382-9009


Doctors Hospital at Renaissance
5501 S. McColl
Edinburg, TX 78539

John T. Banks
Perdue, Brandon, Fielder, Colli:
3301 Northland Drive, Ste. 505
Austin, Texas 78731


Economy Finance
419 S Broadway St
Mcallen, TX 78501

Linebarger Goggan Blair & Samps
P O Box 17428
Austin, TX 78760-7428


El Centro Finance
1416 Dallas Street
McAllen, TX 78501

The Stone Law Firm, P.C.
4900 N. 10th St.
Northtowne Centre, A-2
McAllen, TX  78504


GE Money Bank
c/o Recovery Management Systems
Attn: Ramesh Singh
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Valley Heart Consultants
1200 E. Savannah, Ste. 7
McAllen, TX 78503